

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00824-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA**, an Incapacitated Person

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we REVERSE the trial court's judgments signed on November 23, 2015 and December 11, 2015 awarding a total of $42,459.50 in guardian of the person/guardian ad litem fees to Mary G. Capello and REMAND the cause to the trial court for further proceedings and re-calculation of the fees awarded to Mary G. Capello in a manner consistent with this opinion. The trial court's judgments are affirmed in all other respects. It is ORDERED that appellant Fred Vincent Garcia Norris recover his costs of this appeal from appellee Mary G. Capello.

SIGNED April 26, 2017.

_____
Rebeca C. Martinez, Justice